JUL 2 4 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON, KY
CIVIL ACTION NO. 07-CV __242__ JBC

Eastern District of Kentucky
**FILED**

JUL 3 0 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Tendered July 23, 2007

TO SETTLE OUT OF COURT CALL
1-859-238-7481 IMMEDIATELY

MICHAEL RAY SMITH                                    PLAINTIFF
301 HILL-N-DALE DR., APT. 3      **AMENDED COMPLAINT**
DANVILLE, KY 40422

### MERITORIOUS CLAIMS
### INVASION OF PRIVACY "GROSS NEGLIGENCE"
### MERITORIOUS CLAIMS "MALICIOUS PROSECUTION" VIOLATING
### PLAINTIFF'S 8TH AMENDMENT AND 14TH AMENDMENT; "DUE PROCESS"
### ("EQUAL PROTECTION OF LAW")

VS.

HON. STACEY SMITH, HON. DONALD MILLER                LIABLE DEFENDANTS

DR. QADIR M.D., JAMES B. HAGGIN MEMORIAL HOSPITAL    LIABLE DEFENDANTS

EPHRAIM MCDOWELL REGIONAL MEDICAL CENTER             LIABLE DEFENDANTS

*******************************************

### STATEMENT OF CLAIM

On April 5, 2007, see exh. 1,2,3, defendants **INTENTIONALLY** "violated" Plaintiff's civil rights under (HIPAA) privacy regulations 45 CFR 164.512 (e) (l) (iii) by illegally obtaining Plaintiff's entire medical records from Dr. Craig Arnold, M.D., Back to Basics Chiropractic LLC, Boyle County EMS and Ephraim McDowell Regional Medical Center **without giving Plaintiff an opportunity to OBJECT** in accordance with (HIPAA). Defendants "KNEW" Plaintiff was going to **"OBJECT"** to defendants obtaining Plaintiff's medical records from Ephraim McDowell Regional Medical Center! On July 5, 2007 defendant "TRIED" to obtain Plaintiff's medical records from these individuals: Jeanie Vincent, Perry Sutton, Social Security Administration, Dr. Ehsan

Qadir, Dr. Craig Mackey, D.C. James B. Haggin Memorial Hospital, Dr. Peter J. Gurk, M.D. and last but not least Kasper Records Custodian, Drug Enforcement and Profession Practices Branch. **Defendants "KNEW" they were up against attorneys who were going to CONTEST their actions!** That's why defendants had to afford Plaintiff and opportunity to OBJECT to obtaining Plaintiff's medical before July 15, 2007 under (HIPAA) law. Plaintiff filed Plaintiff **OBJECTIONS to this hon. court on July 11, 2007 prior to July 15, 2007** prior to July 15, 2007 deadline by defendants. **On July 13th 2007,** Kasper Records Custodian "attorneys", **Hon. Brian T. Judy** fought back against Hon. Tracey Smith by filing a motion to quash subpoena duces tecum and for protective order, moreover, **see exh. 21, Hon. Brian T. Judy "states"** that Hon. Tracey Smith, defendant has been involved in other civil actions wherein Kasper Records have been ordered by Jefferson County Kentucky Circuit Court. Motion to vacate has been made by cabinet for Health and Family Services! Hon. Judge Coffman, **see Exh. 16, defendant Stacey Smith with "MALICE" intentionally FAILED to notify the cabinet or the custodian to obtain Kasper Records from Circuit Courts, which involved bodily injury claims. SEE Exh. 27.** Defendant, Hon. Tracey Smith, you **"controlled" circuit courts with your "crooked" actions** but now defendant Tracey Smith, you are in FEDERAL COURT. Very Hon. Judge Coffman won't let defendant Tracey Smith "CONTROL" her Federal Court, inasmuch, **defendant Tracey Smith is already "GUILTY" of first offense Class D Felony; 1 to 5 years in Federal Prison by intentionally with "MALICE" "violating"** Plaintiff's civil rights under (HIPAA) by not giving Plaintiff an opportunity to **"OBJECT"** to obtaining Plaintiff's medical records. See Exh. 1,2,3,. Defendant **Hon. Donald Miller is "PARTNERS" with defendant Tracey Smith, that makes** defendant Miller **Co-Conspirator** with defendant Tracey Smith.

INJUNCTIVE RELIEF; by writing Plaintiff a written apology and settling with Plaintiff.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant Tracey Smith is being sued (x) individual capacity.

Defendant Donald Miller is being sued (x) individual capacity.

Defendant Qadir M.D., sued in (x) individual & (x) official capacities

Defendant Ephraim McDowell Regional Medical Center, sued in (x) individual & (x) official capacities

Defendant James B. Haggin Memorial Hospital sued in (x) individual & (x) official capacities

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants and their "**EMPLOYEES**" KNEW they were **breaking the law.** Defendant's employees also KNEW Plaintiff's **medical records were "CONFIDENTIAL"** moveover, Defendant and their **EMPLOYEES "KNEW"** that **Plaintiff must sign a "Medical Release Form"** in order to release Plaintiff's medical records! Plaintiff **DID NOT** sign any medical release forms, therefore by "Federal Law" liable defendants are **GUILTY** of "Invasion of Privacy", "Gross Negligence", "Malicious Prosecution", intentionally "VIOLATING" Plaintiff's 8th and 14th amendments; intentionally violating Plaintiff's Civil Rights under (HIPAA) Federal Law!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO LIABLE DEFENDANTS

Each defendant who wants to settle out of court with Plaintiff today and be dismissed with prejudice from this meritorious lawsuit call 1-859-238-7481 immediately, before Plaintiff hires an attorney.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM

**Very Hon Coffman,** liable defendants should have "CONTACTED" their attorneys! Liable defendants attorneys would have **"told"** liable defendants that **"subpoena duces tecum"** is just a **request** for Plaintiffs medical records, not a court ordered subpoena, such as yours Very Hon.

Coffman, see Exh "11". Liable defendant **DID NOT** have to give Plaintiff's medical records to liable defendants Hon. Tracey Smith and Hon. Donald Miller, but liable defendants "BROKE (HIPAA) Federal law and must compensate Plaintiff, immediately! Very Hon. Coffman, these **individuals complied** with (HIPAA) Federal Law, Jeanie Vincent, Perry Sutton Comp. CareMental Health Center 1-859-236-2726, Social Security Adm. 1-859-236-3934, that's why these individuals are **NOT** being sued!

***************************

## DAMAGES

1.) Plaintiff wants **$100,000.00** from "each" defendant for "INTENTIONALLY" causing Plaintiff mental and emotion distress, mental anguish damages, pain and suffering damages, etc.

2.) Plaintiff wants **$100,000.00** from each defendant in PUNITIVE damages for **"INTENTIONALLY VIOLATING"** PLAINTIFF'S civil rights under (HIPAA) Privacy Regulations, 45 CFR 164.512 (e) (I) (iii) Invasion of Privacy, Gross Negligence, Intentionally violating Plaintiff's 8th and 14th amendments of U.S. Constitution.

***************************

## CONCLUSION

Very Hon. Coffman, defendant Tracey Smith is **"GUILTY"** of 1 to 5 years in Federal Prison and this Hon. Court must enforce the law and defendant Miller is co-conspirator with defendant Tracey Smith, HOWEVER, if defendants, Tracey Smith and Donald Miller get **defendant KFC, JRN, Inc.** to settle with Plaintiff for **$30,000.00 1 lump sum**, immediately, Plaintiff will not file this

meritorious lawsuit; WAIVE this lawsuit, **otherwise** Hon. Coffman, Plaintiff will file this meritorious lawsuit.

Respectfully Submitted,

*[signature: Michael Ray Smith]*

Plaintiff-Pro'se

---

Plaintiff-Attorney will get 40% of monies that are recovered from this meritorious lawsuit.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTFICATE OF SERVICE

Original copy to U.S. District Court Clerk, 3074 Barr & Limestone St., Lexington, KY 40588 and copy to defendants Hon. Smith and Hon. Miller, 401 W. Main St., Suite 1000, Louisville, KY 40202, James B. Haggin Memorial Hospital, 464 Linden Ave., Harrodsburg, KY 40330, Dr. Ehsan Qadir, M.D., 416 W. Walnut Street, Danville, KY 40422, Ephraim McDowell Regional Medical Center, 217 S. 3rd St., Danville, KY 40422. Mailed this 23rd day of July, 2007.

*[signature: Michael Ray Smith]*

Plaintiff-Pro'se